UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                        :

SAT Aero Holdings, Inc.,                :        Civil Action No. 1:24-cv-02300-VM

            Plaintiff,                      :

            v.                                :        **NOTICE OF APPEARANCE**

Aerolinea de Estado Mexicano S.A. de C.V.,  :

            Defendant.                   :
---------------------------------------------------------x

     PLEASE TAKE NOTICE that I, Justin S. Nematzadeh, hereby respectfully enter an appearance for Plaintiff SAT Aero Holdings, Inc. in the above-captioned action ("Action"), and I request that copies of all papers in the Action be served upon me through ECF or at the address below.

     I certify that I am admitted to practice in this Court and am a member in good standing.

Dated:  New York, New York
         April 2, 2024                             **NEMATZADEH PLLC**

                                                              By: */s/Justin S. Nematzadeh*
                                                              Justin S. Nematzadeh
                                                              101 Avenue of the Americas, 9th Floor
                                                              New York, NY 10013
                                                               Telephone: (646) 799-6729
                                                              Email: jsn@nematlawyers.com

                                                              **Attorney for Plaintiff**