**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SAT AERO HOLDINGS, INC., | ) |
|  | ) |
|      Plaintiff, | ) |
|  | ) Civil Action No. 1:24-cv-02300-VM |
| v. | ) |
|  | ) |
| AEROLINEA DEL ESTADO MEXICANO S.A. | ) **NOTICE OF APPEARANCE** |
| DE C.V., | ) |
|  | ) |
|      Defendant. | ) |
|  | ) |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Defendant, Aerolinea del Estado Mexicano S.A. de C.V., in the above-captioned action. Contact information for the undersigned counsel is as follows:

James S. O'Brien, Jr., Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-0121
JOBrien@pryorcashman.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: New York, New York
     February 28, 2025

PRYOR CASHMAN LLP

By: /s/ James S. O'Brien, Jr.
James S. O'Brien, Jr., Esq.
7 Times Square
New York, New York 10036
212-326-0121
*Attorney for Defendant*
