```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAT AERO HOLDINGS, INC.,

               Plaintiff,

- against -

AEROLINEA DEL ESTADO MEXICANO S.A. de C.V.,

               Defendant.

24 Civ. 2300 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

The Court hereby adopts the briefing schedule for Plaintiff's anticipated motion to dismiss Defendant's counterclaims as set forth in the parties' joint letter. (See Dkt. No. 22.) Plaintiff's motion shall be due May 22, 2025; Defendant's opposition shall be due June 12, 2025; Plaintiff's reply shall be due June 20, 2025.

The Court will not be issuing preliminary guidance regarding the merits of Plaintiff's anticipated motion prior to Plaintiff proceeding with its motion.

**SO ORDERED.**

Dated:    5 May 2025
            New York, New York

                                            _____
                                                Victor Marrero
                                                  U.S.D.J.