UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :
SAT Aero Holdings, Inc.,                                 :
                                                         :  Civil Action No. 1:24-cv-02300 (VM)
       Plaintiff,                                        :
                                                         :
       v.                                                :  **NOTICE OF MOTION OF PLAINTIFF'S**
                                                         :  **MOTION TO DISMISS DEFENDANT'S**
Aerolinea del Estado Mexicano, S.A. de                   :  **FIRST AND THIRD COUNTERCLAIMS,**
C.V.,                                                    :  **PURSUANT TO FED. R. CIV. P. 12(B)(6)**
                                                         :  **AND 9(B)**
       Defendant.                                        :
---------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the pleadings, the annexed Memorandum of Law, and all prior pleadings and proceedings herein, Plaintiff SAT Aero Holdings, Inc. ("Plaintiff") will move this Court, before the Hon. Victor Marrero, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by this Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), dismissing Defendant Aerolinea del Estado Mexicano, S.A. de C.V.'s ("Defendant") first and third counterclaims with prejudice and awarding such other relief as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated May 5, 2025 (Dkt. No. 23), Defendant's opposition papers must be filed by June 12, 2025, and Plaintiff's reply papers must be filed by June 20, 2025.

Dated: New York, New York
       May 22, 2025

                                            Respectfully submitted,

                                            **BAILEY DUQUETTE P.C.**

                                         By: /s/ James D. Bailey
                                                James D. Bailey

104 Charlton St., Ste. 1W
New York, NY 10014
Tel: (212) 658-1946
Fax: (866) 233-5869
james@baileyduquette.com

**NEMATZADEH PLLC**
Justin Nematzadeh
1129 Northern Boulevard, Ste. 457
Manhasset, NY 11030
Tel: (646) 799-6729
jsn@nematlawyers.com

*Attorneys for Plaintiff SAT Aero Holdings, Inc.*

To: All Noticed Counsel